IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 05 118ML |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. § 844 |
| | ) | |
| SILVIO DELEON, a/k/a Tito | ) | |

INFORMATION

The United States Attorney charges that:

On or about January 14, 2004, in the District of Rhode Island, the Defendant, SILVIO DELEON, a/k/a Tito, did knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. § 844.

ROBERT C. CORRENTE
UNITED STATES ATTORNEY

By: ______
ADI GOLDSTEIN
Assistant U.S. Attorney

By: ______
MARY E. ROGERS
Assistant U.S. Attorney

Dated: 10-12-05